**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | *Edward*<br>First name<br><br>Middle name<br><br>*Lopez*<br>Last name and Suffix (Sr., Jr., II, III) | *Ana*<br>First name<br><br>*Gabriela*<br>Middle name<br><br>*Lopez*<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | *xxx-xx-8643* | *xxx-xx-1587* |

Debtor 1   *Edward Lopez*

Debtor 2   *Ana Gabriela Lopez*

Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

■ I have not used any business name or EINs.

Business name(s)

EIN

**5.** **Where you live**

*9210 Apollo Heights Avenue*
*Las Vegas, NV 89149*
Number, Street, City, State & ZIP Code

*Clark*
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | *Edward Lopez* | |
|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* _____ |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| | District | *Las Vegas, Nevada - Ch 7 - Discharged* | When | *10/12/10* | Case number | *10-29251* |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | *Edward Lopez* | | |
|---|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* | |

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    *Edward Lopez*

Debtor 2    *Ana Gabriela Lopez*

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Edward Lopez*                                     */s/ Ana Gabriela Lopez*

*Edward Lopez*                                           *Ana Gabriela Lopez*

Signature of Debtor 1                                  Signature of Debtor 2

Executed on   *February 16, 2022*           Executed on   *February 16, 2022*

MM / DD / YYYY                                         MM / DD / YYYY

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*/s/ Mark Coburn*
Signature of Attorney for Debtor

Date  *February 16, 2022*
MM / DD / YYYY

*Mark Coburn*
Printed name

*LEGAL SERVICES*
Firm name

*732 S. 6th St. Suite 202*
*Las Vegas, NV 89101*
Number, Street, City, State & ZIP Code

Contact phone  *702-400-0000*

Email address  *bk@halfpricelawyers.com*

*8032 NV*
Bar number & State

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Edward Lopez* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Ana Gabriela Lopez* | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $         375,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $         100,903.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $         475,903.00 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         360,634.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $                0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $         369,953.00 |
| **Your total liabilities** | $         730,587.00 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $           6,900.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $           6,700.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1    *Edward Lopez*
Debtor 2    *Ana Gabriela Lopez*
Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ *8,535.00*

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ *0.00* |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ *0.00* |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ *0.00* |
| 9d. Student loans. (Copy line 6f.) | $ _____ *44,053.00* |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ *0.00* |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ *0.00* |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ *44,053.00* |

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | *Edward Lopez* | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | *Ana Gabriela Lopez* | |
| (Spouse, if filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | |
| Case number | _____ | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

*9210 Appollo Heights Avenue*
Street address, if available, or other description

*Las Vegas*          *NV*     *89149-0000*
City                  State    ZIP Code

*Clark*
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

*9210 Appollo Heights Avenue*
*Las Vegas, Nevada 89149*
*PRIMARY RESIDENCE*
*(Retain/ Continue Regular monthly payments)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| *$375,000.00* | *$375,000.00* |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

*PRIMARY RESIDENCE*

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

| $375,000.00 |
|---|

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor 1 | *Edward Lopez* | | |
|---|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* | |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | *Chevy* |
|---|---|---|
| | Model: | *Suburban* |
| | Year: | *2017* |
| | Approximate mileage: | *85,000* |
| | Other information: | |

*2017 Chevy Suburban (85,000 miles)*
*(Retain/ Continue Regular Monthly payments)*

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$18,500.00**

Current value of the portion you own? **$18,500.00**

| 3.2 | Make: | *Chevy* |
|---|---|---|
| | Model: | *Corvette* |
| | Year: | *2006* |
| | Approximate mileage: | *145,000* |
| | Other information: | |

*2006 Chevy Corvette (145,000 Miles)*
*(Retain / Continue Regular Monthly Payments)*

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$7,500.00**

Current value of the portion you own? **$7,500.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>   **$26,000.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| *Household Goods* | **$1,750.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | *Edward Lopez* | | |
|---|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* | |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| *Clothing* | $750.00 |
|---|---|

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| *Wedding Rings* | $250.00 |
|---|---|

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

| | $2,750.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.........................................................................................

| *Cash* | $20.00 |
|---|---|

17.  **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

    Institution name:

| 17.1. | *Checking* | *Chase Bank Checking Account #5917* | $125.00 |
|---|---|---|---|

Debtor 1    *Edward Lopez*
Debtor 2    *Ana Gabriela Lopez*                                    Case number *(if known)*

| | | | |
|---|---|---|---|
| 17.2. | *Savings* | *Chase Bank Savings Account #7551* | *$35.00* |
| 17.3. | *Checking* | *Chase Bank Checking Account #0268* | *$45.00* |
| 17.4. | *Savings* | *Chase Bank Savings Account #5743* | *$45.00* |
| 17.5. | *529 Savings* | *SSGAU Promise 529  - 1478-08 (Minor - Kevin lopez)* | *$1,398.00* |
| 17.6. | *529 Savings* | *SSGAU Promise 529  - 1478-09 (Minor - Allison lopez)* | *$6,320.00* |
| 17.7. | *529 Savings* | *SSGAU Promise 529  - 1478-07 (Minor -Amellia Rosales)* | *$432.00* |
| 17.8. | *529 Savings* | *SSGAU Promise 529  - 1478-06 (Minor - Eileen Sanchez)* | *$420.00* |
| 17.9. | *529 Savings* | *SSGAU Promise 529  - 1478-05 (Minor - Santiago Lopez)* | *$420.00* |
| 17.10. | *529 Savings* | *SSGAU Promise 529  - 1478-04 (Minor - Alyssa Lopez)* | *$803.00* |
| 17.11. | *529 Savings* | *SSGAU Promise 529  - 1478-02 (Minor - Alyssa Lopez)* | *$2,803.00* |
| 17.12. | *529 Savings* | *SSGAU Promise 529  - 1478-01 (Minor - Allison Lopez)* | *$2,803.00* |
| 17.13. | *529 Savings* | *SSGAU Promise 529  - 5474-05 (Minor - Kevin Lopez)* | *$310.00* |
| 17.14. | *529 Savings* | *SSGAU Promise 529  - 5474-04 (Minor - Alyssa Lopez)* | *$1,331.00* |
| 17.15. | *529 Savings* | *SSGAU Promise 529  - 1478-10 (Minor - Alyssa Lopez)* | *$4,033.00* |
| 17.16. | *529 Savings* | *SSGAU Promise 529  - 5474-03 (Minor - Allison Lopez)* | *$1,331.00* |
| 17.17. | *529 Savings* | *SSGAU Promise 529  - 5474-01 (Minor - Allison Lopez)* | *$2,178.00* |
| 17.18. | *529 Savings* | *SSGAU Promise 529  - 5474-02 (Minor - Alyssa Lopez)* | *$2,178.00* |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | *Edward Lopez* | |
|----------|----------------|--|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* _____ |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No
    ☐ Yes.  Give specific information about them...................
                    Name of entity:        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|------------------|-------------------|--|
| *Profit Sharing* | *Securian Proft Sharing plan (401K)* | $16,507.00 |
| *Pension* | *State of Nevada Defferred Comp PLan (401K)* | $10,931.00 |
| *IRA* | *Charles Schwab Roth IRA* | $4,073.00 |
| *IRA* | *Charles Schwab Roth IRA* | $2,361.00 |
| *IRA* | *Charles Schwab Roth IRA* | $3,251.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | *Edward Lopez* | |
|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* |

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| *2021 Tax refund* | *Federal* | *$8,000.00* |
| *Any Earned Income Credit* | *Federal* | *$0.00* |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                 benefits; unpaid loans you made to someone else

   ■ No
   ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| *Life Insurance Policy Through AIG (Face Value - $750,000.00) - NO Cash Value* | *Debtor 2* | *$0.00* |
| *Life Insurance Policy Through American National (Face Value - $250,000.00) - NO Cash Value* | *Debtor 1* | *$0.00* |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

| Official Form 106A/B | Schedule A/B: Property | page 6 |
|---|---|---|

| Debtor 1 | *Edward Lopez* | |
|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

| | |
|---|---|
| | **$72,153.00** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | |
|---|---|
| | **$0.00** |

**Part 8:**  List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2**  ............................................................................................... | **$375,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$26,000.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$2,750.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$72,153.00** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61... **$100,903.00** | Copy personal property total **$100,903.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$475,903.00** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | *Edward Lopez* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Ana Gabriela Lopez* | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| *9210 Appollo Heights Avenue Las Vegas, NV 89149  Clark County 9210 Appollo Heights Avenue Las Vegas, Nevada 89149 PRIMARY RESIDENCE (Retain/ Continue Regular monthly payments)* <br> Line from *Schedule A/B*: **1.1** | $375,000.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. §§ 21.090(1)(l), 115.005, 115.010, 115.050* |
| *2017 Chevy Suburban 85,000 miles 2017 Chevy Suburban (85,000 miles) (Retain/ Continue Regular Monthly payments)* <br> Line from *Schedule A/B*: **3.1** | $18,500.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(f)* |
| *2006 Chevy Corvette 145,000 miles 2006 Chevy Corvette  (145,000 Miles) (Retain / Continue Regular Monthly Payments)* <br> Line from *Schedule A/B*: **3.2** | $7,500.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(f)* |
| *Household Goods* <br> Line from *Schedule A/B*: **6.1** | $1,750.00 | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(b)* |

Debtor 1  **Edward Lopez**
Debtor 2  **Ana Gabriela Lopez**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Line from Schedule A/B: **11.1** | **$750.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Wedding Rings**<br>Line from Schedule A/B: **12.1** | **$250.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Cash**<br>Line from Schedule A/B: **16.1** | **$20.00** | ■ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking: Chase Bank Checking Account #5917**<br>Line from Schedule A/B: **17.1** | **$125.00** | ■ **$102.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Chase Bank Checking Account #5917**<br>Line from Schedule A/B: **17.1** | **$125.00** | ■ **$22.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Savings: Chase Bank Savings Account #7551**<br>Line from Schedule A/B: **17.2** | **$35.00** | ■ **$28.70**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Chase Bank Savings Account #7551**<br>Line from Schedule A/B: **17.2** | **$35.00** | ■ **$6.30**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Checking: Chase Bank Checking Account #0268**<br>Line from Schedule A/B: **17.3** | **$45.00** | ■ **$36.90**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Chase Bank Checking Account #0268**<br>Line from Schedule A/B: **17.3** | **$45.00** | ■ **$8.10**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Savings: Chase Bank Savings Account #5743**<br>Line from Schedule A/B: **17.4** | **$45.00** | ■ **$36.90**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Chase Bank Savings Account #5743**<br>Line from Schedule A/B: **17.4** | **$45.00** | ■ **$8.10**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

| Debtor 1 | **Edward Lopez** |
|----------|------------------|
| Debtor 2 | **Ana Gabriela Lopez** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **529 Savings: SSGAU Promise 529 - 1478-08**<br>**(Minor - Kevin lopez)**<br>Line from *Schedule A/B*: **17.5** | *$1,398.00* | ■ | *$1,398.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-09**<br>**(Minor - Allison lopez)**<br>Line from *Schedule A/B*: **17.6** | *$6,320.00* | ■ | *$6,320.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-07**<br>**(Minor -Amellia Rosales)**<br>Line from *Schedule A/B*: **17.7** | *$432.00* | ■ | *$432.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-06**<br>**(Minor - Eileen Sanchez)**<br>Line from *Schedule A/B*: **17.8** | *$420.00* | ■ | *$420.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-05**<br>**(Minor - Santiago Lopez)**<br>Line from *Schedule A/B*: **17.9** | *$420.00* | ■ | *$420.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-04**<br>**(Minor - Alyssa Lopez)**<br>Line from *Schedule A/B*: **17.10** | *$803.00* | ■ | *$803.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-02**<br>**(Minor - Alyssa Lopez)**<br>Line from *Schedule A/B*: **17.11** | *$2,803.00* | ■ | *$2,803.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-01**<br>**(Minor - Allison Lopez)**<br>Line from *Schedule A/B*: **17.12** | *$2,803.00* | ■ | *$2,803.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 5474-05**<br>**(Minor - Kevin Lopez)**<br>Line from *Schedule A/B*: **17.13** | *$310.00* | ■ | *$310.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 5474-04**<br>**(Minor - Alyssa Lopez)**<br>Line from *Schedule A/B*: **17.14** | *$1,331.00* | ■ | *$1,331.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **529 Savings: SSGAU Promise 529 - 1478-10**<br>**(Minor - Alyssa Lopez)**<br>Line from *Schedule A/B*: **17.15** | *$4,033.00* | ■ | *$4,033.00* | *Nev. Rev. Stat. § 21.090(1)(r)* |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | *Edward Lopez* | | |
|---|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **529 Savings: SSGAU Promise 529 - 5474-03**<br>**(Minor - Allison Lopez)**<br>Line from Schedule A/B: **17.16** | $1,331.00 | ■ $1,331.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **529 Savings: SSGAU Promise 529 - 5474-01**<br>**(Minor - Allison Lopez)**<br>Line from Schedule A/B: **17.17** | $2,178.00 | ■ $2,178.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **529 Savings: SSGAU Promise 529 - 5474-02**<br>**(Minor - Alyssa Lopez)**<br>Line from Schedule A/B: **17.18** | $2,178.00 | ■ $2,178.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **Profit Sharing: Securian Proft Sharing plan (401K)**<br>Line from Schedule A/B: **21.1** | $16,507.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **Pension: State of Nevada Defferred Comp PLan (401K)**<br>Line from Schedule A/B: **21.2** | $10,931.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **IRA: Charles Schwab Roth IRA**<br>Line from Schedule A/B: **21.3** | $4,073.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **IRA: Charles Schwab Roth IRA**<br>Line from Schedule A/B: **21.4** | $2,361.00 | ■ $16,430.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **IRA: Charles Schwab Roth IRA**<br>Line from Schedule A/B: **21.5** | $3,251.00 | ■ $3,251.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(r)* |
| **Federal: 2021 Tax refund**<br>Line from Schedule A/B: **28.1** | $8,000.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(z)* |
| **Federal: Any Earned Income Credit**<br>Line from Schedule A/B: **28.2** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(aa)* |
| **Life Insurance Policy Through AIG (Face Value - $750,000.00) - NO Cash Value**<br>**Beneficiary: Debtor 2**<br>Line from Schedule A/B: **31.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(k)* |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | *Edward Lopez* | |
|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| *Life Insurance Policy Through American National (Face Value - $250,000.00) - NO Cash Value*<br>*Beneficiary: Debtor 1*<br>Line from *Schedule A/B*: **31.2** | *$0.00* | ☐ _____<br><br>■ 100% of fair market value, up to any applicable statutory limit | *Nev. Rev. Stat. § 21.090(1)(k)* |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="3"><em>Edward Lopez</em></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td colspan="3"><em>Ana Gabriela Lopez</em></td></tr>
<tr><td>(Spouse if, filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="3">DISTRICT OF NEVADA</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| | | $21,533.00 | $18,500.00 | $3,033.00 |

**2.1** *Navy FCU*

Creditor's Name

*Attn: Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred *Opened 11/17 Last Active 1/31/22*

**Describe the property that secures the claim:**

*2017 Chevy Suburban 85,000 miles*
*2017 Chevy Suburban (85,000 miles)*
*(Retain/ Continue Regular Monthly payments)*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   *Auto Loan*

Last 4 digits of account number    *7311*

| Debtor 1 | *Edward Lopez* | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | *Ana Gabriela Lopez* | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.2**  **Navy FCU**

Creditor's Name

*Attn: Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Date debt was incurred   *Opened 11/20  Last Active 1/31/22*

**Describe the property that secures the claim:**           $5,489.00   $7,500.00   $0.00

*2006 Chevy Corvette 145,000 miles*
*2006 Chevy Corvette  (145,000 Miles)*
*(Retain / Continue Regular Monthly Payments)*

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)   *Auto Loan*

Last 4 digits of account number   *0317*

---

**2.3**  **PennyMac Loan Services, LLC**

Creditor's Name

*Attn: Correspondence Unit*
*Po Box 514387*
*Los Angeles, CA 90051*

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

Date debt was incurred   *Opened 03/19  Last Active 02/22*

**Describe the property that secures the claim:**           $333,612.00   $375,000.00   $0.00

*9210 Appollo Heights Avenue Las Vegas, NV 89149  Clark County*
*9210 Appollo Heights Avenue Las Vegas, Nevada 89149*
*PRIMARY RESIDENCE*
*(Retain/ Continue Regular monthly payments)*

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)   *1st Mortgage*

Last 4 digits of account number   *4098*

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $360,634.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $360,634.00 |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any

| | | |
|---|---|---|
| Debtor 1 | **Edward Lopez** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 | **Ana Gabriela Lopez** | |
| | First Name / Middle Name / Last Name | |

Case number (if known) _____

**debts in Part 1, do not fill out or submit this page.**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Edward Lopez* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | *Ana Gabriela Lopez* |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | *Affirm, Inc.* | Last 4 digits of account number | *KBRMNAY G* | $3,938.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*30 Isabella St, Floor 4*
*Pittsburgh, PA 15212*

When was the debt incurred?    *Opened 12/20  Last Active 6/04/21*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only            ☐ Contingent

☐ Debtor 2 only            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes            ■ Other. Specify    *Unsecured*

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number *(if known)* _____

---

**4.2** | *Affirm, Inc.*

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*30 Isabella St, Floor 4*
*Pittsburgh, PA 15212*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    *OOFUYELC*        $1,989.00

**When was the debt incurred?**    *Opened 12/20  Last Active 6/04/21*

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Unsecured*

---

**4.3** | *AFNI Inc*

Nonpriority Creditor's Name

*PO BOX 3517*
*Bloomington, IL 61702*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    *9302*        $1,016.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   _____

---

**4.4** | *AmeriHome Mortgage*

Nonpriority Creditor's Name

*1 Baxter Way*
*Suite 300*
*Thousand Oaks, CA 91362*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    *5119*        $0.00

**When was the debt incurred?**    *Opened 12/17  Last Active 7/30/18*

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Real Estate Mortgage*

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                                    Case number *(if known)* _____

---

| 4.5 | **Amex** | Last 4 digits of account number    *8493* | $3,823.00 |

Nonpriority Creditor's Name

***Correspondence/Bankruptcy***
***Po Box 981540***
***El Paso, TX 79998***

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    ***Opened 10/18  Last Active 10/02/21***

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Credit Card***

---

| 4.6 | **Amex** | Last 4 digits of account number    *3223* | $2,581.00 |

Nonpriority Creditor's Name

***Correspondence/Bankruptcy***
***Po Box 981540***
***El Paso, TX 79998***

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    ***Opened 10/17  Last Active 9/30/21***

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Credit Card***

---

| 4.7 | **Amex** | Last 4 digits of account number    *1813* | $0.00 |

Nonpriority Creditor's Name

***Correspondence/Bankruptcy***
***Po Box 981540***
***El Paso, TX 79998***

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    ***Opened 12/15  Last Active 04/19***

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Credit Card***

---

Debtor 1 **Edward Lopez**

Debtor 2 **Ana Gabriela Lopez**

Case number (if known) _____

| 4.8 | **Amex** | Last 4 digits of account number | **6503** | $0.00 |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **Opened 10/19/17  Last Active 12/19/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

---

| 4.9 | **Amex** | Last 4 digits of account number | **4943** | $0.00 |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **Opened  1/21/13  Last Active 9/23/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

---

| 4.10 | **Amex** | Last 4 digits of account number | **3323** | $0.00 |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **Opened  9/02/15  Last Active 9/10/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

Debtor 1   *Edward Lopez*

Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

**4.1
1**

**Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **2563**

When was the debt incurred?    **Opened  9/02/15  Last Active 9/10/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    *Credit Card*

**$0.00**

---

**4.1
2**

**Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **1733**

When was the debt incurred?    **Opened 12/15  Last Active 04/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    *Credit Card*

**$0.00**

---

**4.1
3**

**Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **2103**

When was the debt incurred?    **Opened 01/13  Last Active 08/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    _____

**$0.00**

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

| 4.1 4 | **Bank of America** | Last 4 digits of account number | *1814* | *$0.00* |

Nonpriority Creditor's Name
***Attn: Bankruptcy***
***4909 Savarese Circle***
***Tampa, FL 33634***
Number Street City State Zip Code

When was the debt incurred?    ***Opened 01/08  Last Active 7/28/08***

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    ***Credit Card***

---

| 4.1 5 | **Bank of America** | Last 4 digits of account number | *7834* | *$0.00* |

Nonpriority Creditor's Name
***Attn: Bankruptcy***
***4909 Savarese Circle***
***Tampa, FL 33634***
Number Street City State Zip Code

When was the debt incurred?    ***Opened 02/07  Last Active 7/24/08***

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    ***Credit Card***

---

| 4.1 6 | **Bank of America** | Last 4 digits of account number | *6632* | *$0.00* |

Nonpriority Creditor's Name
***Attn: Bankruptcy***
***4909 Savarese Circle***
***Tampa, FL 33634***
Number Street City State Zip Code

When was the debt incurred?    ***Opened 04/06  Last Active 6/01/07***

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    ***Credit Card***

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.17 | **Bank of America** | Last 4 digits of account number | **1664** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   *Opened 05/06  Last Active 1/25/07*

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Credit Card*

---

| 4.18 | **Bank of America** | Last 4 digits of account number | **2165** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   *Opened 06/07  Last Active 7/24/08*

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Credit Card*

---

| 4.19 | **Barclays Bank Delaware** | Last 4 digits of account number | **8713** | **$8,228.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 8801**
**Wilmington, DE 19899**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   *Opened 09/12  Last Active 08/21*

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Credit Card*

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

**4.2 0**

| | | |
|---|---|---|
| **Barclays Bank Delaware** | Last 4 digits of account number   *9059* | $6,783.00 |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 8801*
*Wilmington, DE 19899*

When was the debt incurred?    *Opened  1/16/18  Last Active 08/21*

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    *Credit Card*

---

**4.2 1**

| | | |
|---|---|---|
| **Barclays Bank Delaware** | Last 4 digits of account number   *2075* | $0.00 |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 8801*
*Wilmington, DE 19899*

When was the debt incurred?    *Opened 01/14  Last Active 3/18/15*

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    *Credit Card*

---

**4.2 2**

| | | |
|---|---|---|
| **Barclays Bank Delaware** | Last 4 digits of account number   *4929* | $0.00 |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 8801*
*Wilmington, DE 19899*

When was the debt incurred?    *Opened 12/15  Last Active 06/17*

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    *Credit Card*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                    Case number (*if known*) _____

---

**4.2 3**   **Capital One**                          Last 4 digits of account number   *2438*                    *$0.00*

Nonpriority Creditor's Name

*Po Box 31293*
*Salt Lake City, UT 84131*                When was the debt incurred?   *Opened 09/15  Last Active 12/16*

Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                           ☐ Contingent
■ Debtor 1 and Debtor 2 only              ☐ Unliquidated
☐ At least one of the debtors and another ☐ Disputed

■ Check if this claim is for a community  Type of NONPRIORITY unsecured claim:
debt                                      ☐ Student loans
Is the claim subject to offset?           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                          report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   *Credit Card*

---

**4.2 4**   **Capital One**                          Last 4 digits of account number   *3695*                    *$0.00*

Nonpriority Creditor's Name

*Po Box 31293*
*Salt Lake City, UT 84131*                When was the debt incurred?   *Opened 09/12  Last Active 11/13*

Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                           ☐ Contingent
■ Debtor 1 and Debtor 2 only              ☐ Unliquidated
☐ At least one of the debtors and another ☐ Disputed

■ Check if this claim is for a community  Type of NONPRIORITY unsecured claim:
debt                                      ☐ Student loans
Is the claim subject to offset?           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                          report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   *Credit Card*

---

**4.2 5**   **Capital One**                          Last 4 digits of account number   *3767*                    *$0.00*

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*P.O. Box 30285*
*Salt Lake City, UT 84130*                When was the debt incurred?   *Opened 01/15  Last Active 03/18*

Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only                           ☐ Contingent
☐ Debtor 1 and Debtor 2 only              ☐ Unliquidated
☐ At least one of the debtors and another ☐ Disputed

☐ Check if this claim is for a community  Type of NONPRIORITY unsecured claim:
debt                                      ☐ Student loans
Is the claim subject to offset?           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                          report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   *Credit Card*

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.2 6 | | | |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*P.O. Box 30285*
*Salt Lake City, UT 84130*
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   *8770*                                   *$0.00*

When was the debt incurred?   *Opened 10/12  Last Active 11/25/17*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

| 4.2 7 | | | |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*P.O. Box 30285*
*Salt Lake City, UT 84130*
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   *0934*                                   *$0.00*

When was the debt incurred?   *Opened 08/11  Last Active 10/01/14*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

| 4.2 8 | | | |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*P.O. Box 30285*
*Salt Lake City, UT 84130*
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   *6248*                                   *$0.00*

When was the debt incurred?   *Opened 02/12  Last Active 7/06/13*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.2 9 | **Capital One** | Last 4 digits of account number | *1181* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*P.O. Box 30285*
*Salt Lake City, UT 84130*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    *Opened 02/11  Last Active 11/28/12*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Credit Card*

---

| 4.3 0 | **Capital One** | Last 4 digits of account number | *4231* | *$0.00* |

Nonpriority Creditor's Name

*AttnL: Bankruptcy*
*Po Box 30285*
*Salt Lake City, UT 84130*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    *Opened 04/15  Last Active 01/22*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Credit Card*

---

| 4.3 1 | **Capital One Auto Finance** | Last 4 digits of account number | *1001* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*7933 Preston Rd*
*Plano, TX 75024*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    *Opened 05/07  Last Active 09/11*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.3 2 | **Capital One Bank Usa N** | Last 4 digits of account number | *2217* | $1,892.00 |

Nonpriority Creditor's Name

When was the debt incurred?  *Opened 11/17  Last Active 08/21*

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

| 4.3 3 | **Capital One/Walmart** | Last 4 digits of account number | *4073* | $0.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*P.O. Box 30285*
*Salt Lake City, UT 84130*

When was the debt incurred?  *Opened  6/16/13  Last Active 6/29/15*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Charge Account*

---

| 4.3 4 | **Capital One/Walmart** | Last 4 digits of account number | *6998* | $0.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*P.O. Box 30285*
*Salt Lake City, UT 84130*

When was the debt incurred?  *Opened  6/25/13  Last Active 6/28/15*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Charge Account*

---

Debtor 1  **Edward Lopez**
Debtor 2  **Ana Gabriela Lopez**

Case number (if known) _____

---

| 4.3 5 | | |
|---|---|---|

**CENLAR**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 77404**
**Ewing, NJ 08628**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **0824**                     **$0.00**

When was the debt incurred?   **Opened 08/14  Last Active 3/26/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **FHA Real Estate Mortgage**

---

| 4.3 6 | | |
|---|---|---|

**Chase Card Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **2942**                     **$0.00**

When was the debt incurred?   **Opened 08/16  Last Active 1/28/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.3 7 | | |
|---|---|---|

**Chase Card Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **6564**                     **$0.00**

When was the debt incurred?   **Opened 11/12  Last Active 8/19/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1   *Edward Lopez*

Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

**4.38**

| | |
|---|---|
| **Chase Card Services** | Last 4 digits of account number   *7644*        *$0.00* |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?   *Opened 06/13  Last Active 8/21/16*

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

**4.39**

| | |
|---|---|
| **Chase Card Services** | Last 4 digits of account number   *7763*        *$0.00* |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?   *Opened 10/13  Last Active 8/15/16*

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

**4.40**

| | |
|---|---|
| **Chase Card Services** | Last 4 digits of account number   *2860*        *$0.00* |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?   *Opened 02/16  Last Active 04/17*

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.4 1 | **Chase Card Services** | Last 4 digits of account number | *3299* | *$0.00* |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?     *Opened 05/16  Last Active 8/09/16*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     *Credit Card*

---

| 4.4 2 | **Chase Card Services** | Last 4 digits of account number | *7906* | *$0.00* |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?     *Opened 01/15  Last Active 03/15*

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     *Credit Card*

---

| 4.4 3 | **Chase Card Services** | Last 4 digits of account number | *5545* | *$0.00* |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?     *Opened 01/16  Last Active 4/07/16*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     *Credit Card*

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

| 4.4 4 | **Chase Card Services** | Last 4 digits of account number | **6141** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?   **Opened 02/16  Last Active 03/16**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.4 5 | **Citi/Sears** | Last 4 digits of account number | **0292** | **Unknown** |

Nonpriority Creditor's Name
**Citibank/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?   **Opened 06/13  Last Active 7/13/17**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.4 6 | **Citibank** | Last 4 digits of account number | **1136** | **$14,905.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?   **Opened 05/17  Last Active 6/10/21**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

Debtor 1   *Edward Lopez*

Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.4 7 | **Citibank** | Last 4 digits of account number | *1228* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*P.O. Box 790034*
*St Louis, MO 63179*

Number Street City State Zip Code

When was the debt incurred?   *Opened 10/26/13  Last Active 8/11/15*

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

| 4.4 8 | **Citibank/The Home Depot** | Last 4 digits of account number | *6780* | $3,878.00 |

Nonpriority Creditor's Name

*Citicorp Credit Srvs/Centralized Bk dept*
*Po Box 790034*
*St Louis, MO 63179*

Number Street City State Zip Code

When was the debt incurred?   *Opened 06/20  Last Active 07/21*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

| 4.4 9 | **Citibank/The Home Depot** | Last 4 digits of account number | *1396* | *$0.00* |

Nonpriority Creditor's Name

*Citicorp Credit Srvs/Centralized Bk dept*
*Po Box 790034*
*St Louis, MO 63179*

Number Street City State Zip Code

When was the debt incurred?   *Opened 11/23/13  Last Active 4/19/16*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.5 0 | |
|---|---|

**Comenity Bank/Express**                    Last 4 digits of account number    **3899**                    **$755.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**                    When was the debt incurred?    **Opened 09/21  Last Active 1/22/22**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify   *Charge Account*

---

| 4.5 1 | |
|---|---|

**Comenity Bank/Kay Jewelers**                    Last 4 digits of account number    **3771**                    **$0.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**                    When was the debt incurred?    **Opened 10/18  Last Active 07/21**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify   *Charge Account*

---

| 4.5 2 | |
|---|---|

**Comenity Bank/Overstock**                    Last 4 digits of account number    **5973**                    **$7,854.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**                    When was the debt incurred?    **Opened 06/19  Last Active 08/21**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                    ☐ Contingent
■ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify   *Charge Account*

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.5 3 | | | |
|---|---|---|---|

**Comenity Bank/Overstock**

Last 4 digits of account number    **9209**                  *$0.00*

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 182125*
*Columbus, OH 43218*

When was the debt incurred?    *Opened 06/19  Last Active 08/20*

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Debtor 1 only
- ☐ Debtor 2 only               ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only        ☐ Disputed
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**              ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                      ☑ Other. Specify  *Charge Account*

---

| 4.5 4 | | | |
|---|---|---|---|

**Comenity Bank/Victoria Secret**

Last 4 digits of account number    **2205**                  $1,335.00

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 182125*
*Columbus, OH 43218*

When was the debt incurred?    *Opened 09/18  Last Active 09/21*

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only               ☐ Contingent
- ☑ Debtor 1 and Debtor 2 only        ☐ Unliquidated
- ☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ **Check if this claim is for a community debt**              ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                      ☑ Other. Specify  *Charge Account*

---

| 4.5 5 | | | |
|---|---|---|---|

**Comenity Bank/Victoria Secret**

Last 4 digits of account number    **1613**                  $1,308.00

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 182125*
*Columbus, OH 43218*

When was the debt incurred?    *Opened 08/18  Last Active 09/21*

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only               ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only        ☐ Unliquidated
- ☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ **Check if this claim is for a community debt**              ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                      ☑ Other. Specify  *Charge Account*

---

Debtor 1 *Edward Lopez*
Debtor 2 *Ana Gabriela Lopez*

Case number (*if known*)

---

**4.56**

**Comenity Bank/Victoria Secret**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 182125*
*Columbus, OH 43218*
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   *0984*                          *$0.00*

When was the debt incurred?   *Opened 02/15  Last Active 06/18*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

**4.57**

**Comenity Bank/Wayfair**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 182125*
*Columbus, OH 43218*
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   *6480*                          *$0.00*

When was the debt incurred?   *Opened 3/10/17  Last Active 10/18/19*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

**4.58**

**Comenity/Carter**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 182125*
*Columbus, OH 43218*
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   *6011*                          *$2,265.00*

When was the debt incurred?   *Opened 10/19  Last Active 09/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.5 9 | *Connexus CU* | Last 4 digits of account number | *0379* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 8026*
*Wausau, WI 54402*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  *Opened  8/01/16  Last Active 10/12/17*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Check Credit Or Line Of Credit*

---

| 4.6 0 | *Costco Anywhere Visa Card* | Last 4 digits of account number | *4735* | $13,630.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 6500*
*Sioux Falls, SD 57117*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  *Opened 07/18  Last Active 7/02/21*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

| 4.6 1 | *Credit One Bank* | Last 4 digits of account number | *0496* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy Department*
*Po Box 98873*
*Las Vegas, NV 89193*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  *Opened  3/15/11  Last Active 11/07/12*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

Debtor 1   *Edward Lopez*

Debtor 2   *Ana Gabriela Lopez*                                          Case number (*if known*) _____

| | | |
|---|---|---|
| 4.6 2 | **Cws/cw Nexus** | Last 4 digits of account number  *5002*  —  *$0.00* |

Nonpriority Creditor's Name

**Attn: Card Services**
**Po Box 9201**
**Old Bethpage, NY 11804**

Number Street City State Zip Code

When was the debt incurred?    *Opened  1/17/14  Last Active 05/17*

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Credit Card*

---

| | | |
|---|---|---|
| 4.6 3 | **Cws/cw Nexus** | Last 4 digits of account number  *6145*  —  *$0.00* |

Nonpriority Creditor's Name

**Attn: Card Services**
**Po Box 9201**
**Old Bethpage, NY 11804**

Number Street City State Zip Code

When was the debt incurred?    *Opened  6/20/12  Last Active 5/05/13*

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Credit Card*

---

| | | |
|---|---|---|
| 4.6 4 | **Department of Education/Nelnet** | Last 4 digits of account number  *5949*  —  *$0.00* |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 82561**
**Lincoln, NE 68501**

Number Street City State Zip Code

When was the debt incurred?    *Opened 10/12  Last Active 5/07/15*

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   *Educational*

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                       Case number (*if known*) _____

| 4.6 5 | **Department of Education/Nelnet** | Last 4 digits of account number | **1049** | *$0.00* |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/12  Last Active 5/07/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____   *Educational*

| 4.6 6 | **Department of Education/Nelnet** | Last 4 digits of account number | **6745** | *$0.00* |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/13  Last Active 5/07/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____   *Educational*

| 4.6 7 | **Department of Education/Nelnet** | Last 4 digits of account number | **1349** | *$0.00* |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*
Number Street City State Zip Code

When was the debt incurred?   **Opened 02/12  Last Active 5/07/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____   *Educational*

Debtor 1 *Edward Lopez*

Debtor 2 *Ana Gabriela Lopez*

Case number (*if known*) _____

| 4.68 | **Department of Education/Nelnet** | Last 4 digits of account number | *1249* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*

Number Street City State Zip Code

When was the debt incurred?    *Opened 02/12  Last Active 5/07/15*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

*Educational*

| 4.69 | **Department of Education/Nelnet** | Last 4 digits of account number | *2449* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*

Number Street City State Zip Code

When was the debt incurred?    *Opened 11/12  Last Active 5/07/15*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

*Educational*

| 4.70 | **Department of Education/Nelnet** | Last 4 digits of account number | *6645* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*

Number Street City State Zip Code

When was the debt incurred?    *Opened 09/13  Last Active 5/07/15*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

*Educational*

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                         Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 4.7 1 | **Department of Education/Nelnet** | Last 4 digits of account number   *6049* | *$0.00* |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*

When was the debt incurred?   *Opened 10/12  Last Active 5/07/15*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

*Educational*

---

| | | | |
|---|---|---|---|
| 4.7 2 | **Department of Education/Nelnet** | Last 4 digits of account number   *9149* | *$0.00* |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 82561*
*Lincoln, NE 68501*

When was the debt incurred?   *Opened 02/10  Last Active 09/11*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

*Educational*

---

| | | | |
|---|---|---|---|
| 4.7 3 | **Dovenmuehle Mortgage, Inc** | Last 4 digits of account number   *1377* | *$0.00* |

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*1 Corporate Dr, Ste 360*
*Lake Zurich, IL 60047*

When was the debt incurred?   *Opened 05/15  Last Active 12/19/17*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *FHA Real Estate Mortgage*

---

Debtor 1  **Edward Lopez**
Debtor 2  **Ana Gabriela Lopez**

Case number (if known) _____

| 4.7 4 | **ENT Consultants of Nevada** | Last 4 digits of account number | **2457** | **$773.00** |

Nonpriority Creditor's Name
**3195 Saint Rose Parkway**
**Henderson, NV 89052**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 5 | **Fedloan** | Last 4 digits of account number | **0002** | **$44,053.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred? **Opened 5/07/15 Last Active 1/01/22**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____
*Educational*

---

| 4.7 6 | **Fedloan** | Last 4 digits of account number | **0002** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred? **Opened 3/17/15 Last Active 11/21**

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____
*Educational*

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                    Case number (if known) _____

| 4.77 | **Green Sky** | Last 4 digits of account number _____ | $15,770.00 |
|------|---------------|------------------------------------------|------------|

Nonpriority Creditor's Name
**POB 29429**
**Atlanta, GA 30359**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *multiple accounts*

---

| 4.78 | **Guild Mortgage Company** | Last 4 digits of account number   *2158* | $0.00 |
|------|----------------------------|-------------------------------------------|-------|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 85304**
**San Diego, CA 92186**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   *Opened 03/16  Last Active 1/31/17*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *FHA Real Estate Mortgage*

---

| 4.79 | **Guild Mortgage Company** | Last 4 digits of account number   *1479* | $0.00 |
|------|----------------------------|-------------------------------------------|-------|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 85304**
**San Diego, CA 92186**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   *Opened 07/15  Last Active 3/31/16*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *FHA Real Estate Mortgage*

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*                                          Case number (*if known*) _____

| 4.8 0 | **Kohls/Capital One** | Last 4 digits of account number | **9741** | **$1,724.00** |

Nonpriority Creditor's Name
**Attn: Credit Administrator**
**Po Box 3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?  **Opened 05/17  Last Active 10/21**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.8 1 | **Macys/fdsb** | Last 4 digits of account number | **2098** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**9111 Duke Boulevard**
**Mason, OH 45040**
Number Street City State Zip Code

When was the debt incurred?  **Opened  9/24/17  Last Active 10/26/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.8 2 | **Navient** | Last 4 digits of account number | **0601** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9500**
**Wilkes-Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?  **Opened 06/09  Last Active 3/18/15**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Educational**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.8 3 | *Navient* | Last 4 digits of account number | *0601* | | *$0.00* |

Nonpriority Creditor's Name

*Attn: Claims Dept*
*Po Box 9500*
*Wilkes-Barre, PA 18773*

When was the debt incurred?        *Opened 06/09  Last Active 3/18/15*

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____  *Educational*

---

| 4.8 4 | *Navient* | Last 4 digits of account number | *0302* | | *$0.00* |

Nonpriority Creditor's Name

*Attn: Claims Dept*
*Po Box 9500*
*Wilkes-Barre, PA 18773*

When was the debt incurred?        *Opened 03/10  Last Active 3/18/15*

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____  *Educational*

---

| 4.8 5 | *Navient* | Last 4 digits of account number | *0302* | | *$0.00* |

Nonpriority Creditor's Name

*Attn: Claims Dept*
*Po Box 9500*
*Wilkes-Barre, PA 18773*

When was the debt incurred?        *Opened 03/10  Last Active 3/18/15*

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____  *Educational*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

| | | |
|---|---|---|
| **4.86** | ***Navient*** | |

| | | |
|---|---|---|
| *Navient* | **Last 4 digits of account number** | *0713* | *$0.00* |

Nonpriority Creditor's Name

***Attn: Claims Dept***
***Po Box 9500***
***Wilkes-Barre, PA 18773***

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    *Opened 07/10  Last Active 3/18/15*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____ *Educational*

---

| | | |
|---|---|---|
| **4.87** | ***Navient*** | |

| | | |
|---|---|---|
| *Navient* | **Last 4 digits of account number** | *1011* | *$0.00* |

Nonpriority Creditor's Name

***Attn: Claims Dept***
***Po Box 9500***
***Wilkes-Barre, PA 18773***

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    *Opened 10/10  Last Active 3/18/15*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____ *Educational*

---

| | | |
|---|---|---|
| **4.88** | ***Navient*** | |

| | | |
|---|---|---|
| *Navient* | **Last 4 digits of account number** | *1011* | *$0.00* |

Nonpriority Creditor's Name

***Attn: Claims Dept***
***Po Box 9500***
***Wilkes-Barre, PA 18773***

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    *Opened 10/10  Last Active 3/18/15*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____ *Educational*

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.8 9 | **Navient** | Last 4 digits of account number | *1011* | *$0.00* |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9500**
**Wilkes-Barre, PA 18773**

When was the debt incurred?   *Opened 10/10  Last Active 3/18/15*

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____ *Educational*

---

| 4.9 0 | **Navient** | Last 4 digits of account number | *0607* | *$0.00* |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9500**
**Wilkes-Barre, PA 18773**

When was the debt incurred?   *Opened 06/11  Last Active 3/18/15*

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____ *Educational*

---

| 4.9 1 | **Navient** | Last 4 digits of account number | *0607* | *$0.00* |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9500**
**Wilkes-Barre, PA 18773**

When was the debt incurred?   *Opened 06/11  Last Active 3/18/15*

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____ *Educational*

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

| 4.9 2 | **Navy FCU** | Last 4 digits of account number | **6702** | **$55,735.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?    **Opened 12/20  Last Active 12/28/21**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Unsecured**

---

| 4.9 3 | **Navy FCU** | Last 4 digits of account number | **0198** | **$22,254.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?    **Opened 05/16  Last Active 3/05/21**

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.9 4 | **Navy FCU** | Last 4 digits of account number | **7311** | *Unknown* |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?    **Opened 11/17  Last Active 01/22**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Automobile**

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*)  _____

---

| 4.9 5 | | |
|---|---|---|

*Navy FCU*

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *8373*                    $6,035.00

When was the debt incurred?    *Opened  6/30/15  Last Active 6/08/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Check Credit Or Line Of Credit*

---

| 4.9 6 | | |
|---|---|---|

*Navy FCU*

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *8373*                    *Unknown*

When was the debt incurred?    *Opened 06/15  Last Active 07/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Check Credit Or Line Of Credit*

---

| 4.9 7 | | |
|---|---|---|

*Navy FCU*

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *0317*                    *Unknown*

When was the debt incurred?    *Opened 11/20  Last Active 01/22*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Automobile*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.98 | **Navy FCU** | Last 4 digits of account number | *6662* | $3,720.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  *Opened 02/14  Last Active 4/23/21*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

| 4.99 | **Navy FCU** | Last 4 digits of account number | *2248* | $0.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  *Opened 01/14  Last Active 07/21*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

| 4.100 | **Navy FCU** | Last 4 digits of account number | *5399* | $0.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  *Opened 03/16  Last Active 07/18*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Home Improvement*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                    Case number (*if known*) _____

---

| 4.1 01 | *Navy FCU* | Last 4 digits of account number | *8207* | *$0.00* |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?   *Opened 06/15  Last Active 12/17*

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **■ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.1 02 | *Navy FCU* | Last 4 digits of account number | *0564* | *$0.00* |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?   *Opened 09/14  Last Active 03/16*

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **■ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.1 03 | *Navy FCU* | Last 4 digits of account number | *3835* | *$0.00* |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?   *Opened 04/17  Last Active 02/21*

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Credit Card*

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

**4.1 04**

**Navy FCU**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *0479*

$0.00

When was the debt incurred?    *Opened 11/14  Last Active 10/18*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Check Credit Or Line Of Credit*

---

**4.1 05**

**Navy FCU**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *2394*

$0.00

When was the debt incurred?    *Opened 03/14  Last Active 02/19*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Automobile*

---

**4.1 06**

**Navy FCU**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *5680*

$0.00

When was the debt incurred?    *Opened 01/17  Last Active 03/17*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Automobile*

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

**4.1 07**

*Navy FCU*
Nonpriority Creditor's Name
*Attn:  Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   *0346*                              *$0.00*

When was the debt incurred?    *Opened 03/14  Last Active 11/16*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Automobile*

---

**4.1 08**

*Navy FCU*
Nonpriority Creditor's Name
*Attn:  Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   *2871*                              *$0.00*

When was the debt incurred?    *Opened 12/13  Last Active 03/14*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 09**

*Navy FCU*
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*P.O. Box 3000*
*Merrifield, VA 22119*
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   *3538*                              *$0.00*

When was the debt incurred?    *Opened 01/14  Last Active 1/12/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.1 10 | | | |
|---|---|---|---|

*Navy FCU*

Nonpriority Creditor's Name

*Attn:  Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *0479*                    *$0.00*

When was the debt incurred?    *Opened 11/14  Last Active 10/20/18*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Check Credit Or Line Of Credit*

---

| 4.1 11 | | | |
|---|---|---|---|

*Navy FCU*

Nonpriority Creditor's Name

*Attn:  Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *2394*                    *$0.00*

When was the debt incurred?    *Opened 03/14  Last Active 02/19*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Automobile*

---

| 4.1 12 | | | |
|---|---|---|---|

*Navy FCU*

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *8976*                    *$0.00*

When was the debt incurred?    *Opened 01/14  Last Active 6/02/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Credit Card*

---

Debtor 1 *Edward Lopez*

Debtor 2 *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.1 13 | *Navy FCU* | Last 4 digits of account number | *5680* | *$0.00* |
|---|---|---|---|---|

Nonpriority Creditor's Name

*Attn:  Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    *Opened 01/17  Last Active 04/17*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Automobile*

---

| 4.1 14 | *Navy FCU* | Last 4 digits of account number | *0346* | *$0.00* |
|---|---|---|---|---|

Nonpriority Creditor's Name

*Attn:  Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    *Opened 03/14  Last Active 11/16*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Automobile*

---

| 4.1 15 | *Navy FCU* | Last 4 digits of account number | *5399* | *$0.00* |
|---|---|---|---|---|

Nonpriority Creditor's Name

*Attn:  Bankruptcy*
*Po Box 3000*
*Merrifield, VA 22119*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    *Opened 03/16  Last Active 08/18*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Home Improvement*

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*                                    Case number (*if known*) _____

---

| 4.1 16 | | | |
|---|---|---|---|

**Navy FCU**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    *8207*                    *$0.00*

When was the debt incurred?    *Opened 06/15  Last Active 12/17*

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Check Credit Or Line Of Credit*

---

| 4.1 17 | | | |
|---|---|---|---|

**Navy FCU**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    *0564*                    *$0.00*

When was the debt incurred?    *Opened 09/14  Last Active 04/16*

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Unsecured*

---

| 4.1 18 | | | |
|---|---|---|---|

**Navy FCU**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    *2248*                    *$0.00*

When was the debt incurred?    *Opened 01/14  Last Active 7/27/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Credit Card*

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.1 19 | | | |
|---|---|---|---|

**Navy FCU**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    *2871*                $0.00

When was the debt incurred?    *Opened 12/13  Last Active 04/14*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Automobile*

---

| 4.1 20 | | | |
|---|---|---|---|

**Navy FCU**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    *3835*                $0.00

When was the debt incurred?    *Opened 04/17  Last Active 2/10/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Credit Card*

---

| 4.1 21 | | | |
|---|---|---|---|

**Navy Federal Credit Union**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    *6702*                *Unknown*

When was the debt incurred?    *Opened 12/20  Last Active 07/21*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                          Case number (*if known*) _____

---

| 4.1 22 | | |
|---|---|---|

**Navy Federal Cu**                              Last 4 digits of account number    **8976**                     *Unknown*
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 3000**                                When was the debt incurred?    **Opened 01/14  Last Active**
**Merrifield, VA 22119**                                                         **07/21**
Number Street City State Zip Code
Who incurred the debt? Check one.               As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**■ Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                             ■ Other. Specify _____
☐ Yes

---

| 4.1 23 | | |
|---|---|---|

**Navy Federal Cu**                              Last 4 digits of account number    **0198**                     *Unknown*
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 3000**                                When was the debt incurred?    **Opened 05/16  Last Active**
**Merrifield, VA 22119**                                                         **07/21**
Number Street City State Zip Code
Who incurred the debt? Check one.               As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                 ☐ Contingent
■ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                             ■ Other. Specify _____
☐ Yes

---

| 4.1 24 | | |
|---|---|---|

**Navy Federal Cu**                              Last 4 digits of account number    **6662**                     *Unknown*
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 3000**                                When was the debt incurred?    **Opened 02/14  Last Active**
**Merrifield, VA 22119**                                                         **07/21**
Number Street City State Zip Code
Who incurred the debt? Check one.               As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                 ☐ Contingent
■ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                             ■ Other. Specify _____
☐ Yes

---

Debtor 1   *Edward Lopez*

Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| | |
|---|---|
| **4.1 25** | |

| | | |
|---|---|---|
| **PNC bank** | **Last 4 digits of account number** | *9732* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*2730 Liberty Ave*
*Pittsburgh, PA 15222*

Number Street City State Zip Code

**When was the debt incurred?**  *Opened 03/17  Last Active 10/30/17*

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   *Automobile*

---

| | |
|---|---|
| **4.1 26** | |

| | | |
|---|---|---|
| **Shellpoint Mortgage Servicing** | **Last 4 digits of account number** | *0014* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 10826*
*Greenville, SC 29603*

Number Street City State Zip Code

**When was the debt incurred?**  *Opened 01/17  Last Active 12/17*

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   *Real Estate Mortgage*

---

| | |
|---|---|
| **4.1 27** | |

| | | |
|---|---|---|
| **State Farm Bank** | **Last 4 digits of account number** | *0001* | *$0.00* |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*P.O. Box 3298*
*Milwaukee, WI 53201*

Number Street City State Zip Code

**When was the debt incurred?**  *Opened 10/13  Last Active 04/14*

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   *Automobile*

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number *(if known)* _____

---

| 4.1 28 | | | |
|---|---|---|---|

*Syncb/ccdstr*

Last 4 digits of account number    **7025**                    $3,473.00

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 965060*
*Orlando, FL 32896*

When was the debt incurred?    *Opened 08/17  Last Active 08/21*

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    *Charge Account*

---

| 4.1 29 | | | |
|---|---|---|---|

*Syncb/ebay*

Last 4 digits of account number    **1481**                    $8,141.00

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 965060*
*Orlando, FL 32896*

When was the debt incurred?    *Opened 07/19  Last Active 07/21*

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    *Credit Card*

---

| 4.1 30 | | | |
|---|---|---|---|

*Synchrony Bank*

Last 4 digits of account number    **7367**                    $11,406.00

Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 965060*
*Orlando, FL 32896*

When was the debt incurred?    *Opened 08/15  Last Active 07/21*

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    *Charge Account*

---

| Debtor 1 | *Edward Lopez* |
|---|---|
| Debtor 2 | *Ana Gabriela Lopez* |

Case number (*if known*) _____

---

**4.1 31**

**Synchrony Bank**
Nonpriority Creditor's Name
***Attn: Bnakruptcy***
***Po Box 965060***
***Orlando, FL 32596***
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  *9911*          *$0.00*

When was the debt incurred?  *Opened 06/15  Last Active 07/18*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Credit Card***

---

**4.1 32**

**Synchrony Bank/Amazon**
Nonpriority Creditor's Name
***Attn: Bankruptcy***
***Po Box 965060***
***Orlando, FL 32896***
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  *6781*          *$7,504.00*

When was the debt incurred?  *Opened 09/19  Last Active 08/21*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Charge Account***

---

**4.1 33**

**Synchrony Bank/Amazon**
Nonpriority Creditor's Name
***Attn: Bankruptcy***
***Po Box 965060***
***Orlando, FL 32896***
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  *1640*          *$1,546.00*

When was the debt incurred?  *Opened 01/20  Last Active 07/21*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Charge Account***

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.1 34 | | | |
|---|---|---|---|

**Synchrony Bank/JCPenney**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   *5705*   $12,125.00

**When was the debt incurred?**   *Opened 07/15  Last Active 08/21*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

| 4.1 35 | | | |
|---|---|---|---|

**Synchrony Bank/Lowes**

Nonpriority Creditor's Name

**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   *3311*   $0.00

**When was the debt incurred?**   *Opened  6/16/13  Last Active 3/07/18*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Charge Account*

---

| 4.1 36 | | | |
|---|---|---|---|

**Synchrony Bank/Peach Direct**

Nonpriority Creditor's Name

**Attn:  Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   *0226*   $0.00

**When was the debt incurred?**   *Opened 11/07  Last Active 01/09*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| **4.1 37** | *Synchrony Bank/Sams Club* | Last 4 digits of account number    *7523* | $6,240.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 965060*
*Orlando, FL 32896*

Number Street City State Zip Code

When was the debt incurred?    *Opened 08/20  Last Active 08/21*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Charge Account*

---

| | | | |
|---|---|---|---|
| **4.1 38** | *Synchrony/Ashley Furniture Homestore* | Last 4 digits of account number    *9110* | $4,918.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 965060*
*Orlando, FL 32896*

Number Street City State Zip Code

When was the debt incurred?    *Opened 04/19  Last Active 08/21*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Charge Account*

---

| | | | |
|---|---|---|---|
| **4.1 39** | *Synchrony/PayPal Credit* | Last 4 digits of account number    *5863* | $6,684.00 |

Nonpriority Creditor's Name

*Attn: Bankruptcy*
*Po Box 965060*
*Orlando, FL 32896*

Number Street City State Zip Code

When was the debt incurred?    *Opened 10/14  Last Active 07/21*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Credit Card*

---

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

| 4.1 40 | | | |
|---|---|---|---|
| **Synchrony/PayPal Credit** | **Last 4 digits of account number** | **7075** | **$6,357.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**When was the debt incurred?** **Opened 02/17  Last Active 07/21**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

| 4.1 41 | | | |
|---|---|---|---|
| **Target** | **Last 4 digits of account number** | **1244** | $17,330.00 |

Nonpriority Creditor's Name

**c/o Financial & Retail Srvs**
**Mailstop BT POB 9475**
**Minneapolis, MN 55440**

Number Street City State Zip Code

**When was the debt incurred?** **Opened 08/16  Last Active 09/21**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

| 4.1 42 | | | |
|---|---|---|---|
| **Target** | **Last 4 digits of account number** | **0722** | *$0.00* |

Nonpriority Creditor's Name

**c/o Financial & Retail Services**
**Mailstop BT PO Box 9475**
**Minneapolis, MN 55440**

Number Street City State Zip Code

**When was the debt incurred?** **Opened 07/13  Last Active 08/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  *Credit Card*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  *Edward Lopez*

Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.1 43 | | | |
|---|---|---|---|
| | **Td Auto Finance** | Last 4 digits of account number | **2124** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 9223**
**Farmington Hills, MI 48333**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 10/16  Last Active 01/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

| 4.1 44 | | | |
|---|---|---|---|
| | **Truist Bank** | Last 4 digits of account number | **5485** | **$15,770.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Mail Code VA-RVW-6290 POB 85092**
**Richmond, VA 23286**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 04/20  Last Active 08/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured**

---

| 4.1 45 | | | |
|---|---|---|---|
| | **Truist Bank** | Last 4 digits of account number | **2837** | **$8,141.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Mail Code VA-RVW-6290 POB 85092**
**Richmond, VA 23286**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 04/20  Last Active 08/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured**

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

| 4.1 46 | | | |
|---|---|---|---|

**US Bank/RMS**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 5229*
*Cincinnati, OH 45201*
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   *6327*                    $7,873.00

**When was the debt incurred?**   *Opened 10/18  Last Active 08/21*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

| 4.1 47 | | | |
|---|---|---|---|

**US Bank/RMS**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*Po Box 5229*
*Cincinnati, OH 45201*
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   *3104*                    $2,509.00

**When was the debt incurred?**   *Opened 06/16  Last Active 09/21*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

| 4.1 48 | | | |
|---|---|---|---|

**USAA Federal Savings Bank**
Nonpriority Creditor's Name
*Attn: Bankruptcy*
*10750 Mcdermott Freeway*
*San Antonio, TX 78288*
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   *5098*                    $16,729.00

**When was the debt incurred?**   *Opened 03/17  Last Active 08/21*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*                                          Case number (*if known*) _____

---

| 4.1 49 | **USAA Federal Savings Bank** | Last 4 digits of account number | **7111** | **$2,816.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**10750 Mcdermott Freeway**
**San Antonio, TX 78288**
Number Street City State Zip Code

When was the debt incurred?   **Opened 01/18  Last Active 07/21**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Credit Card*

---

| 4.1 50 | **USAA Federal Savings Bank** | Last 4 digits of account number | **7394** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**9800 Fredericksburg Road**
**San Antonio, TX 78288**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/18  Last Active 11/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Unsecured*

---

| 4.1 51 | **Wells Fargo Bank NA** | Last 4 digits of account number | **2934** | **$3,716.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1 Home Campus Mac X2303-01a**
**3rd Floor**
**Des Moines, IA 50328**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/05/18  Last Active 08/21**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Credit Card*

---

Debtor 1  *Edward Lopez*
Debtor 2  *Ana Gabriela Lopez*

Case number (*if known*) _____

---

**4.1
52**

**Wells Fargo Dealer Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0723**

When was the debt incurred?        **Opened 10/12  Last Active 12/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Automobile*

*$0.00*

---

**4.1
53**

**Wells Fargo Dealer Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3662**

When was the debt incurred?        **Opened 09/13  Last Active 10/17/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Automobile*

*$0.00*

---

**4.1
54**

**Wells Fargo Home Mortgage**

Nonpriority Creditor's Name

**Written Correspondence
Resolutions
Mac#2301-04e Pob 10335
Des Moines, IA 10335**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3088**

When was the debt incurred?        **Opened 07/18  Last Active 03/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Real Estate Mortgage*

*$0.00*

---

Debtor 1  **Edward Lopez**
Debtor 2  **Ana Gabriela Lopez**                                      Case number (if known) _____

| 4.1 55 | **Wj Bradley** | Last 4 digits of account number | **1373** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1235 North  Dutton**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**  **Opened  8/29/14  Last Active 10/02/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **FHA Real Estate Mortgage**

---

| 4.1 56 | **Zynex** | Last 4 digits of account number | **4306** | **$431.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**9655 Maroon Circle**
**Englewood, CO 80112-5944**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **0.00** |
| | | | | | Total Claim |
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | **44,053.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that** | 6g. | $ | **0.00** |

| Debtor 1 | *Edward Lopez* |
|---|---|
| Debtor 2 | *Ana Gabriela Lopez* |

Case number (if known) _____

|  |  |  |  |  |
|---|---|---|---|---|
|  | | you did not report as priority claims | | |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _____ *0.00* |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ _____ *325,900.00* |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ _____ *369,953.00* |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | *Edward Lopez* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Ana Gabriela Lopez* | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease Name, Number, Street, City, State and ZIP Code | State what the lease is for |
|---|---|
| **2.1** Name _____ Number  Street City  State  ZIP Code | |
| **2.2** Name _____ Number  Street City  State  ZIP Code | |
| **2.3** Name _____ Number  Street City  State  ZIP Code | |
| **2.4** Name _____ Number  Street City  State  ZIP Code | |
| **2.5** Name _____ Number  Street City  State  ZIP Code | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Edward Lopez* |
| | First Name / Middle Name / Last Name |
| Debtor 2 | *Ana Gabriela Lopez* |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☑ Yes.

In which community state or territory did you live?  *-NONE-*  . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | Name _____ | ☐ Schedule D, line _____ |
|---|---|---|
| | | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number   Street | |
| | City    State    ZIP Code | |

| 3.2 | Name _____ | ☐ Schedule D, line _____ |
|---|---|---|
| | | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number   Street | |
| | City    State    ZIP Code | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | *Edward Lopez* |
| Debtor 2 (Spouse, if filing) | *Ana Gabriela Lopez* |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | *Supervisor Investigator* | *Ophthalmic Technician* |
| | Employer's name | *District Court of Nevada* | *Comprehensive Eye Care* |
| | Employer's address | *333 S Las Vegas Blvd, Las Vegas*<br>*Las Vegas, NV 89101* | *50 S. Stephanie Street*<br>*Henderson, NV 89012* |
| | How long employed there? | *8 years* | *8 years* |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   *6,169.00* | $   *2,366.00* |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   *0.00* | +$   *0.00* |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $   *6,169.00* | $   *2,366.00* |

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ................................................ | 4. | $ **6,169.00** | $ **2,366.00** |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **699.00** | $ **178.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **495.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **172.00** | $ **91.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,366.00** | $ **269.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,803.00** | $ **2,097.00** |

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| 10. | $ **4,803.00** + | $ **2,097.00** = | $ **6,900.00** |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

| 11. | +$ **0.00** |
|---|---|

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| 12. | $ **6,900.00** |
|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1          *Edward Lopez*

Debtor 2          *Ana Gabriela Lopez*
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                               12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| *Son* | *2* | ☐ No  ■ Yes |
| *Son* | *5* | ☐ No  ■ Yes |
| *Daughter* | *7* | ☐ No  ■ Yes |
| *Niece* | *13* | ☐ No  ■ Yes |
| *Niece* | *15* | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | Your expenses |
| --- | --- |

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ *1,527.00*

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $ *0.00*
   4b.   Property, homeowner's, or renter's insurance    4b. $ *0.00*
   4c.   Home maintenance, repair, and upkeep expenses    4c. $ *125.00*
   4d.   Homeowner's association or condominium dues    4d. $ *43.00*

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ *0.00*

Debtor 1    *Edward Lopez*
Debtor 2    *Ana Gabriela Lopez*                                    Case number (if known) _____

Debtor 1   *Edward Lopez*
Debtor 2   *Ana Gabriela Lopez*                                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | *295.00* |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | *85.00* |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | *45.00* |
| | 6d. | Other. Specify: *Cellular Service* | 6d. | $ | *285.00* |
| | | *Cable* | | $ | *225.00* |
| | | *Internet* | | $ | *55.00* |
| | | *Pest Control* | | $ | *25.00* |
| 7. | **Food and housekeeping supplies** | | 7. | $ | *1,000.00* |
| 8. | **Childcare and children's education costs** | | 8. | $ | *400.00* |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | *75.00* |
| 10. | **Personal care products and services** | | 10. | $ | *75.00* |
| 11. | **Medical and dental expenses** | | 11. | $ | *100.00* |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | *355.00* |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | *255.00* |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | *25.00* |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | *0.00* |
| | 15b. | Health insurance | 15b. | $ | *0.00* |
| | 15c. | Vehicle insurance | 15c. | $ | *320.00* |
| | 15d. | Other insurance. Specify: | 15d. | $ | *0.00* |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | *0.00* |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | *750.00* |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | *130.00* |
| | 17c. | Other. Specify: | 17c. | $ | *0.00* |
| | 17d. | Other. Specify: | 17d. | $ | *0.00* |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | *0.00* |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | *0.00* |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | *0.00* |
| | 20b. | Real estate taxes | 20b. | $ | *0.00* |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | *0.00* |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | *0.00* |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | *0.00* |
| 21. | Other: Specify: *Second Auto Gas/Maintenance* | | 21. | +$ | *295.00* |
| | | *Personal hygene* | | +$ | *155.00* |
| | | *Gym Membership* | | +$ | *55.00* |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | *6,700.00* |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | *6,700.00* |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | *6,900.00* |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | *6,700.00* |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | *200.00* |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Edward Lopez* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Ana Gabriela Lopez* | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X */s/ Edward Lopez*                                          X */s/ Ana Gabriela Lopez*
　*Edward Lopez*                                                　*Ana Gabriela Lopez*
　Signature of Debtor 1                                        　Signature of Debtor 2

　Date  *February 16, 2022*                              　Date  *February 16, 2022*

**Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Edward Lopez* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | *Ana Gabriela Lopez* |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | *$5,780.00* | ■ Wages, commissions, bonuses, tips | *$1,740.00* |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | *Edward Lopez* | | |
|---|---|---|---|
| Debtor 2 | *Ana Gabriela Lopez* | Case number *(if known)* | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$63,292.00* | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$19,655.00* |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$82,874.00* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$0.00* |
| **For the calendar year:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$83,968.00* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$0.00* |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ☐ No.  Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ■ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | *Edward Lopez* |
|---|---|
| Debtor 2 | *Ana Gabriela Lopez* |

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| *Navy FCU*<br>*Attn:  Bankruptcy*<br>*Po Box 3000*<br>*Merrifield, VA 22119* | *12/21, 01/22, 02/22* | *$2,250.00* | *$21,533.00* | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| *PennyMac Loan Services, LLC*<br>*Attn: Correspondence Unit*<br>*Po Box 514387*<br>*Los Angeles, CA 90051* | *12/21, 01/22, 02/22* | *$3,540.00* | *$333,612.00* | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| *Navy FCU*<br>*Attn:  Bankruptcy*<br>*Po Box 3000*<br>*Merrifield, VA 22119* | *12/21, 01/22, 02/22* | *$390.00* | *$5,489.00* | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

■ No
☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

| Debtor 1 | *Edward Lopez* |
|---|---|
| Debtor 2 | *Ana Gabriela Lopez* |

Case number *(if known)* _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property

Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person

Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600
Charity's Name
**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss

Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid
Address
Email or website address
Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    *Edward Lopez*
Debtor 2    *Ana Gabriela Lopez*                                          Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| *Mark Coburn, Esq.*<br>*732 South 6th Street Suite #202*<br>*Las Vegas, NV 89101* | *$1,299.00 (Including the filing fee of $313.00)* | *02/11/2022* | *$1,299.00* |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

�■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

�■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

�■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

�■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

�■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **Edward Lopez**
Debtor 2    **Ana Gabriela Lopez**                                    Case number (*if known*)

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

| | |
|---|---|
| Debtor 1 | *Edward Lopez* |
| Debtor 2 | *Ana Gabriela Lopez* |

Case number (*if known*) _____

      ☐ **A partner in a partnership**

      ☐ **An officer, director, or managing executive of a corporation**

      ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

  ■ **No. None of the above applies.  Go to Part 12.**

  ☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28.**  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

  ■ **No**

  ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| */s/ Edward Lopez* | */s/ Ana Gabriela Lopez* |
| *Edward Lopez* | *Ana Gabriela Lopez* |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

| | | | |
|---|---|---|---|
| Date | *February 16, 2022* | Date | *February 16, 2022* |

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    *Edward Lopez*    *Ana Gabriela Lopez*

                           Debtor(s)

Case No.

Chapter    *13*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,310.00** |
| Prior to the filing of this statement I have received | $ | **1,299.00** |
| Balance Due | $ | **5,011.00** |

2. $ **313.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   *Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.*

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   *Reaffirmation agreements, representation of the debtors in any non-dischargability actions, judicial lien avoidances, relief from stay actions, adversary proceedings, responding to any judicial or administrative complaints, lawsuit(s), deposition, written discovery, UST or Trustee audits, amendments, court appearances EXCEPT original 341 meeting of creditors and confirmation.*

   *Motions to purchase automobile, motions to purchase real property, motions to sale real property, motions to value collateral, motion to convert, motion to withdraw funds from 401K, motions to reinstate, motions for exemptions, motions to abandon property, motions to cram down, motions for loan modifications, motions to reopen, and any ex-parte motions/applications.*

In re     **Edward Lopez**
        **Ana Gabriela Lopez**                                Case No.

                                Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 16, 2022**                                **/s/ Mark Coburn**
*Date*                                                   **Mark Coburn**
                                              *Signature of Attorney*
                                              **LEGAL SERVICES**
                                              **732 S. 6th St. Suite 202**
                                              **Las Vegas, NV 89101**
                                              **702-400-0000  Fax: 702-977-9875**
                                              **bk@halfpricelawyers.com**
                                              *Name of law firm*

**United States Bankruptcy Court**
**District of Nevada**

In re   *Edward Lopez*
        *Ana Gabriela Lopez*
                                                    Case No.
                                    Debtor(s)        Chapter        *13*

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   *February 16, 2022*                  */s/ Edward Lopez*
                                             *Edward Lopez*
                                             Signature of Debtor

Date:   *February 16, 2022*                  */s/ Ana Gabriela Lopez*
                                             *Ana Gabriela Lopez*
                                             Signature of Debtor

Edward Lopez
Ana Gabriela Lopez
9210 Apollo Heights Avenue
Las Vegas, NV 89149

Mark Coburn
LEGAL SERVICES
732 S. 6th St. Suite 202
Las Vegas, NV 89101

Affirm, Inc.
Acct No KBRMNAYG
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Affirm, Inc.
Acct No OOFUYELC
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

AFNI Inc
Acct No xxxxxxx93-02
PO BOX 3517
Bloomington, IL 61702

AmeriHome Mortgage
Acct No xxxxxxxxx5119
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362

Amex
Acct No xxxxxxxxxxx8493
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx3223
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxxx1813
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

```
Amex
Acct No xxxxxxxxxxx6503
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxx4943
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxx3323
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxx2563
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxx1733
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Acct No xxxxxxxxxxx2103
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
Acct No 1814
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxxxx7834
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxxxx6632
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634
```

```
Bank of America
Acct No xxxxxxxxxx1664
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxxx2165
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Acct No xxxxxxxxxx8713
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Barclays Bank Delaware
Acct No xxxxxxxxxx9059
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Barclays Bank Delaware
Acct No xxxxxxxxxx2075
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Barclays Bank Delaware
Acct No xxxxxxxxxx4929
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Capital One
Acct No xxxxxxxxxxx2438
Po Box 31293
Salt Lake City, UT 84131

Capital One
Acct No xxxxxxxxxxx3695
Po Box 31293
Salt Lake City, UT 84131

Capital One
Acct No xxxxxxxxxxx3767
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130
```

```
Capital One
Acct No xxxxxxxxxxxx8770
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx0934
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx6248
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx1181
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx4231
AttnL: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
Acct No xxxxxxxxxxxxx1001
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Capital One Bank Usa N
Acct No xxxxxxxxxxxx2217


Capital One/Walmart
Acct No xxxxxxxxxxxxx4073
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One/Walmart
Acct No xxxxxxxxxxxx6998
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130
```

```
CENLAR
Acct No xxxxxxxxx0824
Attn: Bankruptcy
Po Box 77404
Ewing, NJ 08628

Chase Card Services
Acct No xxxxxxxxxxxx2942
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx6564
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx7644
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx7763
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx2860
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx3299
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx7906
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No xxxxxxxxxxxx5545
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850
```

```
Chase Card Services
Acct No xxxxxxxxxxxx6141
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Citi/Sears
Acct No xxxxxxxxxxxx0292
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank
Acct No xxxxxxxxxxxx1136
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Citibank
Acct No xxxxxxxxxxxx1228
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Acct No xxxxxxxxxxxx6780
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Acct No xxxxxxxxxxxx1396
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Comenity Bank/Express
Acct No xxxxxxxxxxxx3899
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Kay Jewelers
Acct No xxxxxxxxxxxx3771
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Overstock
Acct No xxxxxxxxxxxx5973
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218
```

```
Comenity Bank/Overstock
Acct No xxxxxxxxxxxx9209
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Acct No xxxxxxxxxxxx2205
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Acct No xxxxxxxxxxxx1613
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Acct No xxxxxxxxxxxx0984
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Wayfair
Acct No xxxxxxxxxxxx6480
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity/Carter
Acct No xxxxxxxxxxxx6011
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Connexus CU
Acct No xxxxxx0379
Attn: Bankruptcy
Po Box 8026
Wausau, WI 54402

Costco Anywhere Visa Card
Acct No xxxxxxxxxxxx4735
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117

Credit One Bank
Acct No xxxxxxxxxxxx0496
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193
```

```
Cws/cw Nexus
Acct No xxxxxxxxxxxx5002
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804

Cws/cw Nexus
Acct No xxxxxxxxxxxx6145
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804

Department of Education/Nelnet
Acct No xxxxxxxxxxx5949
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx1049
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx6745
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx1349
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx1249
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx2449
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx6645
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501
```

```
Department of Education/Nelnet
Acct No xxxxxxxxxxx6049
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx9149
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Dovenmuehle Mortgage, Inc
Acct No xxxxxxxxx1377
Attn: Bankruptcy
1 Corporate Dr, Ste 360
Lake Zurich, IL 60047

ENT Consultants of Nevada
Acct No xxxx2457
3195 Saint Rose Parkway
Henderson, NV 89052

Fedloan
Acct No xxxxxxxxxxxx0002
Attn: Bankruptcy
P.O. Box 69184
Harrisburg, PA 17106

Fedloan
Acct No xxxxxxxxxxxx0002
Attn: Bankruptcy
P.O. Box 69184
Harrisburg, PA 17106

Green Sky
POB 29429
Atlanta, GA 30359

Guild Mortgage Company
Acct No xxxxxx2158
Attn: Bankruptcy
Po Box 85304
San Diego, CA 92186

Guild Mortgage Company
Acct No xxxxxx1479
Attn: Bankruptcy
Po Box 85304
San Diego, CA 92186
```

```
Kohls/Capital One
Acct No xxxxxxxxxxxx9741
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Macys/fdsb
Acct No xxxxxxxxxxxx2098
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Navient
Acct No xxxxxxxxxxxxxxxxxx0601
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx0601
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx0302
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx0302
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx0713
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx1011
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx1011
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773
```

```
Navient
Acct No xxxxxxxxxxxxxxxxxx1011
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx0607
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx0607
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navy FCU
Acct No xxxxxxxxxxxxx6702
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxxxx0198
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx7311
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx7311
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxx8373
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxx8373
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119
```

```
Navy FCU
Acct No xxxxxxxxx0317
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx0317
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxxxx6662
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxx2248
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx5399
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxx8207
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx0564
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxx3835
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxx0479
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119
```

```
Navy FCU
Acct No xxxxxxxxx2394
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx5680
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx0346
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx2871
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxx3538
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxx0479
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx2394
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxxxx8976
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx5680
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119
```

```
Navy FCU
Acct No xxxxxxxxx0346
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx5399
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxx8207
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx0564
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxx2248
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxx2871
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy FCU
Acct No xxxxxxxxxxx3835
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

Navy Federal Credit Union
Acct No xxxxxxxxxxxxxx6702
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Navy Federal Cu
Acct No xxxxxxxxxxx8976
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119
```

Navy Federal Cu
Acct No xxxxxxxxxxxx0198
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

Navy Federal Cu
Acct No xxxxxxxxxxxx6662
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

PennyMac Loan Services, LLC
Acct No xxxxxxxxxxxx4098
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051

PNC bank
Acct No xxxx9732
Attn: Bankruptcy
2730 Liberty Ave
Pittsburgh, PA 15222

Shellpoint Mortgage Servicing
Acct No xxxxx0014
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

State Farm Bank
Acct No xxxxxxxxxxx0001
Attn: Bankruptcy
P.O. Box 3298
Milwaukee, WI 53201

Syncb/ccdstr
Acct No xxxxxxxxxxxx7025
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/ebay
Acct No xxxxxxxxxxxx1481
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Acct No xxxxxxxxxxxx7367
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

```
Synchrony Bank
Acct No xxxxxxxxxxxx9911
Attn: Bnakruptcy
Po Box 965060
Orlando, FL 32596

Synchrony Bank/Amazon
Acct No xxxxxxxxxxxx6781
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Acct No xxxxxxxxxxxx1640
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/JCPenney
Acct No xxxxxxxxxxxx5705
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Acct No xxxxxxxxxxxx3311
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Peach Direct
Acct No xxxxxxxx0226
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Acct No xxxxxxxxxxxx7523
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/Ashley Furniture Homestore
Acct No xxxxxxxxxxxx9110
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Acct No xxxxxxxxxxxx5863
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
```

```
Synchrony/PayPal Credit
Acct No xxxxxxxxxxxx7075
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
Acct No xxxxxxxxxxxx1244
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Target
Acct No xxxxxxxxxxxx0722
c/o Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Td Auto Finance
Acct No xxxxxx2124
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

Truist Bank
Acct No xxxxxxxxxxxx5485
Attn: Bankruptcy
Mail Code VA-RVW-6290 POB 85092
Richmond, VA 23286

Truist Bank
Acct No xxxxxxxxxxxx2837
Attn: Bankruptcy
Mail Code VA-RVW-6290 POB 85092
Richmond, VA 23286

US Bank/RMS
Acct No xxxxxxxxxxxx6327
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

US Bank/RMS
Acct No xxxxxxxxxxxx3104
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

USAA Federal Savings Bank
Acct No xxxxxxxxxxxx5098
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288
```

```
USAA Federal Savings Bank
Acct No xxxxxxxxxxxx7111
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288

USAA Federal Savings Bank
Acct No xxxxxx7394
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288

Wells Fargo Bank NA
Acct No xxxxxxxxxxxx2934
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

Wells Fargo Dealer Services
Acct No xxxxxxxx0723
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

Wells Fargo Dealer Services
Acct No xxxxxxxx3662
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

Wells Fargo Home Mortgage
Acct No xxxxxxxxx3088
Written Correspondence Resolutions
Mac#2301-04e Pob 10335
Des Moines, IA 10335

Wj Bradley
Acct No xxxxxx1373
1235 North Dutton
Santa Rosa, CA 95401

Zynex
Acct No xx4306
9655 Maroon Circle
Englewood, CO 80112-5944
```